**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Maurice DAVIS, a.k.a. Mo,**
**Defendant–Appellant.**

**No. 07–11051**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 4, 2008.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

---

James S. Benjamin, Benjamin & Aaronson, P.A., Ft. Lauderdale, FL, for Defendant–Appellant.

Before WILSON, PRYOR and COX, Circuit Judges.

PER CURIAM:

James Scott Benjamin, counsel for Maurice Davis, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because our independent review of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Davis's conviction and sentence are **AFFIRMED.**